UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL CLARK,

    Plaintiff,

File no: 2:06-CV-40

v.

HON. ROBERT HOLMES BELL

FERNANDO FRONTERA, et al.,

    Defendants.
                              /

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

Defendant Gloria Hill's motion to dismiss, which this Court has construed as a motion for summary judgment, (docket #42) is **DENIED**.

IT IS FURTHER ORDERED that Defendant Fernando Frontera's motion for summary judgment (docket #45) is **GRANTED**.

IT IS FURTHER ORDERED that Defendant Darlene Edlund's motion for summary

judgment (docket #51) is **GRANTED**.

IT IS FURTHER ORDERED that defendant Tim Luoma's motion for summary judgment (docket #92) is **GRANTED**.

IT IS FURTHER ORDERED that plaintiff's motions for more time (docket #80 and #95) are **DENIED**.


Dated:   August 13, 2008              /s/ Robert Holmes Bell
                                      ROBERT HOLMES BELL
                                      UNITED STATES DISTRICT JUDGE